UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

| | |
|---|---|
| JASON P.F.,<br>Plaintiff,<br>v.<br>SSA COMMISSIONER, et al.,<br>Defendants. | Case No. 25-cv-05738-RMI<br>**JUDGMENT** |

On September 25, 2026, the court entered an order resolving a Social Security appeal. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 25, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California